

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-14-00306-CV

**IN RE** Harold **BOWENS**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

On April 30, 2014, Relator Harold Bowens, Jr. filed a petition for writ of mandamus, seeking relief with respect to an original complaint and petition he alleges he filed on April 2, 2014. Relator complains the Bexar County District Clerk has not responded. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our appellate jurisdiction in this instance. Accordingly, relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on May 5th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2001-CI-11164, styled *In re Mary A. Harris Family Trust*, et al., pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll, presiding.